ORIGINAL

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
APR - 3 2017
RECEIVED

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED APR - 3 2017
CLERK

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| **PURPLE COMMUNICATIONS, INC.,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**NATIONAL LABOR RELATIONS BOARD,**<br><br>**Respondent.** | **NO.** 17-1109 |

## PETITION FOR REVIEW

Petitioner Purple Communications, Inc. hereby petitions the Court to review and set aside the Final Decision and Order of the National Labor Relations Board issued against Petitioner in the case, reported as *Purple Communications, Inc.*, 365 NLRB No. 50 (Mar. 24, 2017), *supplementing and incorporating* 361 NLRB No. 126 (2014). A copy of the Decision(s) and Order(s) being petitioned from is attached, pursuant to Local Rule 15(b). Also attached pursuant to the Local Rule is a Certificate of Disclosure and (in the Certificate of Service below) a list of addresses where respondents may be served with copies of the petition.

Respectfully submitted,

Maurice Baskin
Michael J. Lotito
Littler Mendelson P.C.
815 Connecticut Ave., N.W.
Washington, D.C. 20006
mbaskin@littler.com
mlotito@littler.com
Phone: 202-772-2526
Fax: 202-842-0011

*Counsel for Petitioner*

Lawrence Levien
Andrew Turnbull
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564
llevien@akingump.com
aturnbull@akingump.com
Phone: 202-887-4000
Fax: 202-887-4288

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT
APR - 3 2017
RECEIVED

UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT
FILED APR - 3 2017
CLERK

**PURPLE COMMUNICATIONS, INC.,**

**Petitioner,**

**v.**

**NATIONAL LABOR RELATIONS BOARD,**

**Respondent.**

**NO.** 17-1109

**CERTIFICATE OF DISCLOSURE**

Pursuant to Circuit Rule 26.1, Petitioner Purple Communications, Inc. hereby certifies that its general nature and purpose is to provide sign language interpretation services, including providing sign language interpretation services through real-time video calls. Petitioner further certifies that its parent companies are ZVRS Holding Company, Kinderhook Capital Fund IV, L.P. and Kinderhook Capital Fund IV-B, L.P, and that no publicly-held company has a 10% or greater ownership interest in the Petitioner.

Respectfully submitted,

Maurice Baskin
Michael J. Lotito
Littler Mendelson P.C.
815 Connecticut Ave., N.W.
Washington, D.C. 20006
mbaskin@littler.com
mlotito@littler.com
Phone: 202-772-2526
Fax: 202-842-0011

Lawrence Levien
Andrew Turnbull
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036-1564
llevien@akingump.com
aturnbull@akingump.com
Phone: 202-887-4000
Fax: 202-887-4288

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that all Respondents in the proceeding below are being served in the manner specified below, this 3d day of April, 2017:

By hand delivery:

Richard F. Griffin, Jr., General Counsel
Ms. Linda Dreeben, Deputy Associate General Counsel:
Gary Shinners, Executive Secretary
National Labor Relations Board
1015 Half Street SE
Washington, D.C. 20570-0001
Richard.Griffin@nlrb.gov
appellatecourt@nlrb.gov
Gary.Shinners@nlrb.gov

By regular mail:

David Rosenfeld
Counsel for the Communications Workers of America, AFL-CIO
Weinberg, Roger & Rosenfeld
1001 Marina Village Pkwy, Ste 200
Alameda, CA 94501-6430

Maurice Baskin